IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LOWELL HILL, TIMOTHY HINTON, TONIE HOLCOMBE, TONY MCKAY, and LEE IRBY, <br><br> Plaintiffs, <br><br> v. <br><br> BARRACUDA SERVICES, INC. and MARK HEADLEY <br><br> Defendants. | CIVIL ACTION FILE <br> NO.: 1:18-CV-00255-ELR <br><br><br><br> JURY TRIAL DEMANDED |

## DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*, Plaintiffs dismiss this case with prejudice as to all Defendants, with each party to bear their own costs and attorneys' fees.

Respectfully submitted this 2nd day of April, 2018

/s/ *Paul J. Sharman*
Paul J. Sharman
Georgia Bar No. 227207
paul@sharman-law.com

The Sharman Law Firm LLC
11175 Cicero Drive, Suite 100
Alpharetta, Georgia 30022
Phone: (678) 242-5297
Fax: (678) 802-2129

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LOWELL HILL, TIMOTHY HINTON, TONIE HOLCOMBE, TONY MCKAY, and LEE IRBY,<br><br>Plaintiffs,<br><br>v.<br><br>BARRACUDA SERVICES, INC. and MARK HEADLEY<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION FILE<br>)  NO.: 1:18-CV-00255-ELR<br>)<br>)<br>)<br>)<br>)  JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2018, a true copy of the DISMISSAL WITH PREJUDICE was filed in the CM/ECF system and Defendants were served with this document via mail:

Mark Headley: 3738 Mill Walk, Rex, Georgia 30273

Barracuda Services c/o Lisa Headley: 3104 Alhambra Circle, Hampton, Georgia 30228.

/s/ *Paul J. Sharman*
PAUL J. SHARMAN
Georgia State Bar No. 227207
The Sharman Law Firm LLC

2